**In the United States District Court**
**for the District of Kansas**

———————

Case No. 6:23-cv-01107-TC-ADM

———————

MIDWAY LOGISTICS, LLC

*Plaintiff*

v.

NICK NGUYEN,
TN INVESTMENTS, LLC,
50SEMI LLC,

*Defendants*

———————

## ORDER ADOPTING REPORT & RECOMMENDATION

Magistrate Judge Angel D. Mitchell issued a Report and Recommendation, recommending that this case be remanded to Sedgwick County District Court on the grounds that the court should decline supplemental jurisdiction over remaining state-law claims under 28 U.S.C. § 1367(c)(3). Doc. 102 at 2. The R&R provided the parties with fourteen days after being served to file written objections and noted that failure to object within the fourteen-day period would preclude appellate review. *Id.* at 3. The R&R was entered on July 19, 2024.

When a magistrate judge issues a report and recommendation on a pretrial matter, a party objecting to the recommendation must "serve and file specific, written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Where a party fails to make a proper objection, a district court may review the recommendation under "any standard it deems appropriate," even for clear error. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citations omitted).

More than 14 days have passed without any written objection. And, after reviewing the pleadings submitted, there appears to be no clear error in Judge Mitchell's reasoning or recommendation. As a result, the

R&R is adopted in its entirety. This case is therefore remanded to Sedgwick County District Court for further proceedings.

    IT IS THEREFORE ORDERED that the R&R be adopted, and the case remanded.

    IT IS SO ORDERED.

Date:  August 5, 2024                      s/ Toby Crouse
                                                           Toby Crouse
                                                           United States District Judge